SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**ELIZA CARMEN RODRIGUEZ, NYSB #5645379**
Assistant United States Attorney
Eliza.Carmen.Rodriguez@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-cr-00307-SI** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **DANIEL ALLEN STOWELL,** | |
| **Defendant.** | |

**Introduction**

Defendant Daniel Allen Stowell possessed child sexual abuse material, including images of prepubescent children. Defendant should receive the low-end guideline range sentence of 97 months, followed by the jointly recommended lifetime term of supervised release.

**Factual Background**

**A. The Offense Conduct**

In January 2023, Homeland Security Investigations (HSI) received two CyberTipline reports involving a Discord user named "PaintItBlack42#1770." The CyberTip stated that this user had distributed a video of suspected child pornography to another user that contained images of two prepubescent children. The user stated, "This is one of my favorites."

Investigators discovered that the phone number associated with the "PaintItBlack42#1770" account belonged to the defendant, Daniel Allen Stowell.

On November 21, 2023, defendant was arrested by officers with the Carlton Police Department and consented to an interview. At first, Stowell said that he distributed the video of child pornography to try to take down Discord users that he suspected were seducing young girls on the internet. He used multiple accounts and he said that even his newest account would contain child pornography. He stated that he was not proud of his recent "stuff." Defendant also said that he had been viewing child pornography since 2021 when his tablet "glitched" and displayed child pornography. He spoke about a prior incident in 2017, that was investigated but not charged. In that incident, he exchanged sexually illicit images with a 14-year-old male. Defendant said that he had again exchanged sexually illicit images with multiple users he believed to be under the age of 13 on Discord in the days and month prior to his interview with law enforcement. He said that he preferred pornographic images of children aged 13-18 years old. The interview ended with defendant consenting to the seizure and search of some of his digital devices, including giving investigators any associated passcodes. He also consented to allowing investigators to copy and analyze any Discord accounts associated with his telephone number or email address.

Carlton Police Department executed a search warrant at defendant's residence where they seized additional digital devices. Upon searching the defendant's iPhone, investigators discovered images and two videos of child pornography in his deleted album on his camera application. They also found nine videos and an image of child pornography in the hidden album on the camera application. Investigators also discovered Discord conversations between the defendant and users under the age of 18 wherein the defendant exchanged sexually explicit

images and videos. Investigators also found images and videos of child pornography on defendant's Amazon Fire HD 10 tablet and several thousand images and videos of child pornography on his Seagate Backup Plus Slim hard drive. The images discovered on defendant's devices contained depictions of prepubescent children as young as toddlers.

**B. The Charges**

Defendant was charged via Information on August 14, 2024, on one count of Distributing Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1), one count of Receiving Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1) and one count of Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2). On April 27, 2026, defendant pled guilty to Count 3 of the Information, charging possession of child pornography.

**C. The Plea Agreement and Guideline Computations**

Pursuant to the plea agreement, in exchange for a guilty plea, the government will recommend that defendant receive a three-level reduction for acceptance of responsibility. The government and defense stipulated to the following guideline computation in the plea agreement:

| | |
|---|---|
| Base offense level (U.S.S.G. § 2G2.2(a)(1)) | 18 |
| Material depicting a prepubescent minor (§ 2G2.2(b)(2)) | +2 |
| Defendant knowingly engaged in Distribution (§2G2.2(b)(3)(F) | +2 |
| Material contains sadistic or masochistic conduct (§2G2.2(b)(4) | +4 |
| Use of a computer (§ 2G2.2(b)(6)) | +2 |
| More than 600 images (§ 2G2.2(b)(7)(D)) | +5 |
| **Adjusted offense level** | **33** |

/ / /

/ / /

/ / /

**Government's Recommended Sentence**

Defendant has one arrest, but no other criminal history prior to this case. However, he possessed thousands of videos of child pornography, participated in conversations with minors where he exchanged sexually explicit content, and distributed videos of child pornography on Discord. Pursuant to 18 U.S.C. § 3553(a) and taking the personal characteristics of the defendant into consideration, the government is recommending a sentence of 97 months. A sentence of 97 months imprisonment followed by a lifetime of supervised release is sufficient to hold defendant accountable for his actions and deter more of the same going forward. The government supports the mandatory, standard and special conditions recommended by the U.S. Probation Office.

**Victim Impact, Restitution and Forfeiture**

The government has received one victim impact statement and request for restitution, which have been provided to the Court, defense counsel and U.S. Probation. Pursuant to the Mandatory Victim Restitution Act of 1996 and the Amy, Vicky and Andy Child Pornography Victim Assistance Act of 2018, the government requests that the Court order that restitution in the amount of at least the minimum $3,000 be awarded to that victim.

On June 3, 2026, the government filed a motion for entry of a preliminary order of forfeiture and final order of forfeiture as to defendant. (ECF 31.) The government requests that the Court order final forfeiture for the digital devices referenced in the forfeiture motion.

/ / /

/ / /

/ / /

/ / /

/ / /

**Conclusion**

Based on the foregoing, the government recommends that this Court impose a sentence of 97 months' imprisonment, followed by a lifetime term of supervised release, a $100 special fee assessment, restitution, and forfeiture of his devices listed in the preliminary order of forfeiture.

Dated: October 14, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Eliza Carmen Rodriguez*
ELIZA CARMEN RODRIGUEZ
Assistant United States Attorney